FILED 30 JAN '23 10:48 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

Christian Daniel Fitz-Henry
*(Enter full name of plaintiff)*

Plaintiff,

v.

Tom Snitily, Seth Wingfield
John Doe Officer(s)

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-00222-HZ
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes      ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**      Name: Christian D. Fitz-Henry #828453
Street Address: 11540 NE Inverness Dr.
City, State & Zip Code: Portland, OR, 97220
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)      1
[Rev. 01/2018]

Defendant No. 1    Name: Tom Snitily #42016

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

Defendant No. 2    Name: Seth Wingfield #55940

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

Defendant No. 3    Name: John Doe

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

Defendant No. 4    Name: John Doe

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐  Federal officials (a *Bivens* claim)

☒  State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Civil Rights.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On the evening of 11/23/2021 I was arrested by several members of the Portland Police Bureau and thier "SERT" team. While taking me into custody (while in full compliance with directives given) I was forced to lie face down, spread eagled then told to get up on my hands & knees & crawl to the "sgt"; I complied, once I got to the sgt's feet he shouted "stop resisting", & several officers began to kneel on my body, neck, & head. I was hit several times, kneed in my side causing ribs to break, & me to urinate, & have my neck knelt on while my face was rubbed physically over the concrete, while the officers were insulting me & saying "that's why you dont fuck with portland P.D. punk"

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

_____
_____
_____
_____
_____
_____
_____
_____

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes      ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I'm seeking 4.5 million Dollars in physical, mental, & emotional damages; & an investigation into the legality of my arrest, based off officer's actions that night.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of January, 2023.

_____
(Signature of Plaintiff)

Christian D. Fitz-
1540 NE Inverness DR.
Portland, OR, 97220



PORTLAND OR 972

27 JAN 2023  PM 6  L

United States District Court
1000 S.W. Third Avenue
Portland, OR, 97204-2902

97204-293790